FILED

2016 JAN -6 PM 3: 07

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF LOLITA RODRIGUEZ AGRA MD 3361 EAST 55TH STREET CLEVELAND, OHIO 44127 | ) CASE NO.1:15-MJ-2211 <br> ) <br> ) MAGISTRATE JUDGE MCHARGH <br> ) <br> ) <br> ) <br> ) <br> ) **RETURN OF WARRANT** |

The undersigned, Renee Babic, declares under penalty of perjury:

That she received the attached administrative inspection warrant on December 31, 2015 to search the controlled premises of Dr. Lolita Agra, 3361 East 55th Street, Cleveland, Ohio, for purposes of securing various records required to be kept under the provisions of the Controlled Substances Act.

That on January 4, 2016, she served a copy of the warrant on Dr. Lolita Agra and conducted an inspection on the premises described in the warrant. The inspection of the premises was completed on January 4, 2016.

That no records required to be kept under the provisions of the Controlled Substances Act were located in the search. Thus, nothing was seized pursuant to this administrative inspection warrant.

Executed on: 1/6/2016      By: _Renee Babic_
Renee Babic
Special Agent
U.S. Department of Justice
Drug Enforcement Administration

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF LOLITA RODRIGUEZ AGRA MD 3361 EAST 55TH STREET CLEVELAND, OHIO 44127 | ) CASE NO. 1:15 MJ 2211 ) ) MAGISTRATE JUDGE MCHARGH ) ) ) ) **ADMINISTRATIVE INSPECTION** ) **WARRANT** |

TO: **Renee Babic**, Special Agent and any other authorized Task Force Officer, Diversion Investigator or Special Agent of the Drug Enforcement Administration ("DEA") of the United States Department of Justice.

1. Application having been made and probable cause, as defined by the provisions of 21 U.S.C. § 880(d)(1) and 21 C.F.R. § 1316.10, having been shown by the affidavit of Renee Babic for an inspection of the controlled premises of Dr. Lolita Agra, 3361 East 55th Street, Cleveland, Ohio 44127, DEA Registration No. FA4957467, it appears that such inspection is appropriate under 21 U.S.C. § 880 and 21 C.F.R. § 1316, Subpart A.

2. Therefore, pursuant to the provisions of 21 U.S.C. § 880 and 21 C.F.R. § 1316, Subpart A, you are hereby authorized to enter, in a reasonable manner and to a reasonable extent, the controlled premises of Dr. Lolita Agra, 3361 East 55th Street, Cleveland, Ohio, during ordinary business hours for the following purposes:

(a) To inspect and copy the records, files, dispensation logs, reports, invoices, official order forms, prescriptions, computers records, inventories, and other documents required to be made, kept, and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. § 801 et seq., or made, kept, and maintained to meet the requirements of the Controlled Substances Act for the purpose of verifying the correctness of said records, files, dispensation logs, reports, invoices, official order forms, prescriptions, inventories, and other documents.

(b) You are hereby further authorized to seize from the above-described controlled premises such records, files, dispensation logs, reports, computer records, invoices, official order forms, prescriptions, inventories, and other documents and conduct an inventory of current stock as appropriate to the effective accomplishment of the inspection and for the purpose of copying or verifying their correctness or that they are used

or intended to be used in violation of the Controlled Substances Act.

3. Patient records, if any, shall be kept confidential in accordance with federal privacy laws.

4. Copies of any seized records will be provided to Dr. Lolita Agra within 48 hours after said inspection.

5. A prompt return shall be made by the inspecting Task Force Officers, Investigators, or Special Agents to a Magistrate Judge for the Northern District of Ohio showing that the inspection has been completed and accounting for all property seized pursuant to this warrant not later than ten (10) days from the issuance of this warrant.

_____
KENNETH S. MCHARGH
U.S. Magistrate Judge
Northern District of Ohio

Date: 12/31/15